UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61499-CIV-DIMITROULEAS

VIRGINIA AYALA,

    Plaintiff,
v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On July 23, 2021, this Court entered a Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 3]. On August 3, 2021, a Notice of Settlement was filed. *See* [DE 4]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **August 24, 2021**, the parties shall either file the appropriate dismissal documents[1] or show cause why they have not been filed.

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record